**Order entered May 7, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00036-CV

### SEIKILOS HOLDINGS, LLC, SEIKILOS FX STUDIOS, LLC, JOHN C. GOLFIS AND JULIE NGUYEN, Appellants

### V.

### EDWARD "LANNY" HOULLION, INDIVIDUALLY AND AS GENERAL PARTNER OF HOULLION FAMILY, LP, AND HOULLION FAMILY, LP, Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-13053**

## ORDER

We **GRANT** appellants' May 4, 2015 motion for an extension of time to provide this Court with the name, State Bar number, address, and telephone number of new counsel. Appellants shall provide the above-required information by **JUNE 5, 2015**. Failure to provide the information by **JUNE 5, 2015**, will result in the dismissal of appellants Seikilos Holdings, LLC and Seikilos FX Studios, LLC as parties to this appeal. *See* TEX. R. CIV. P. 7; *Kunstoplast of Am., Inc. v. Formosa Plastics Corp.*, 937 S.W.2d 455, 456 (Tex. 1996) (per curiam).

/s/    ELIZABETH LANG-MIERS
        JUSTICE